# UNITED STATES DISTRICT COURT

### FOR THE

### *District of Guam*

**FILED**

DISTRICT COURT OF GUAM

MAY 3 1 2006

**MARY L.M. MORAN
CLERK OF COURT**

UNITED STATES OF AMERICA

v.

BAO CAN NIAN

CRIMINAL CASE NO. 01-00044-007

It appearing that the above named has complied with the conditions of supervised release imposed by the order of the Court heretofore made and entered in this case and that the period of supervised release expired on **May 6, 2006,** I therefore recommend that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer

Reviewed by:

_____
FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

cc:    Karon V. Johnson, AUSA
       Rawlen Mantanona, Defense Counsel
       Guam Immigration and Customs Enforcement
       File

## ORDER OF COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Dated this _3/st_ day of May 2006.

_____
JOAQUIN V.E. MANIBUSAN, JR.
U. S. Magistrate Judge

**RECEIVED**

MAY 3 0 2006

DISTRICT COURT OF GUAM
HAGATNA, GUAM

ORIGINAL